UNITED STATES of America,
Appellant,

v.

Charles Edward MURPHY.

No. 16388.

United States Court of Appeals
Eighth Circuit.

Jan. 13, 1960.

Edward L. Scheufler, U. S. Atty., and Clark A. Ridpath, Asst. U. S. Atty., Kansas City, Mo., for appellant.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

Francine Linda MAZZEI, Appellant,

v.

John B. MAZZEI.

No. 16223.

United States Court of Appeals
Eighth Circuit.

Jan. 22, 1960.

J. C. Cottingham, Minneapolis, Minn., for appellant.

John T. Kain, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

Francis Joseph MOORE, Appellant,

v.

UNITED STATES of America.

No. 16385.

United States Court of Appeals
Eighth Circuit.

Jan. 22, 1960.

John T. Sant, Clayton, Mo., for appellant.

William H. Webster, U. S. Atty., and Frederick H. Mayer, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

UNITED STATES FIDELITY & GUARANTY COMPANY

v.

FIRST NATIONAL BANK, McALESTER, OKLAHOMA.

No. 6095.

United States Court of Appeals
Tenth Circuit.

Aug. 13, 1959.

Fite & Robinson, Muskogee, Okl., for appellant.

Arnote, Arnote & Bratton, McAlester, Okl., for appellee.

Before PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.